Vandalia R. Co. *v.* Schnull—190 Ind. 698.

INDIANAPOLIS TRACTION AND TERMINAL COMPANY
*v.* SMITH, ADMINISTRATRIX.

[No. 22,809.   Filed June 24, 1920.]

From Johnson Circuit Court; *William E. Deupree,* Judge.

Action by Mary J. Smith, administratrix of the estate of Thomas Smith, deceased, against the Indianapolis Traction and Terminal Company. From a judgment for plaintiff, the defendant appeals. (Transferred from the Appellate Court under Acts 1901 p. 590.) *Affirmed.*

*D. E. Watson, L. E. Slack* and *W. H. Latta,* for appellant.
*Forney & Curtis* and *H. N. Spaan,* for appellee.

WILLOUGHBY, J.—The questions presented in this case are identical with those presented and decided in the case of *Indianapolis Traction, etc., Co.* v. *Howard* (1921), *ante* 97, and on the authority of the opinion in that case the judgment of the trial court in this case is affirmed.